UNITED STATES DISTRICT COURT
DISTRICRT OF SOUTH CAROLINA
FLORENCE DIVISION

UNITED STATES OF AMERICA )   CRIMINAL CASE NO.: 4:25cr 1234
)
)
)
)
v. )
)
)
)
)
Worden E. Butler )
)

## PLEA

The Defendant acknowledges receipt of a copy of the INDICTMENT and after

Arraignment pleads not guilty in open court.

_____
(Signed) Defendant

Date: 5/6/26
Florence, South Carolina