AO 470  (Rev. 01/09)  Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
### for the
### District of South Carolina

United States of America )
    v.         )   Case No. 4:25cr 1234
           )
Warden E. Butler      )
     *Defendant*       )

### ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| | |
|---|---|
| Place:  McMillan Federal Building<br>401 West Evans Street<br>Florence, S. C.   29501 | Courtroom No.:   #3 |
| | Date and Time:  Tues. May 12, 2026 @ 2:30 PM |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: _May 6, 2026_

              _____
              *Judge's signature*

             U.S. Magistrate Judge
             *Printed name and title*