IN THE UNITED STATES OF AMERICA
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO.: 4:25-cr-01234-JD |
| vs. | **MOTION FOR PSYCHIATRIC OR PSYCHOLOGICAL EXAMINATION** |
| **WORDEN E. BUTLER** | |

COMES NOW the defendant, WORDEN E. BUTLER, by and through his attorney, who respectfully submits to the court the following information:

1.  Mr. Butler has been charged in a two-count indictment with charges stemming from allegedly burning a cross in an effort to use force or threats of force to intimidate his neighbor, and using fire to commit this alleged felony act, in violation of 42 U.S.C. § 3631 and 18 U.S.C. § 844(h)(1). The latter charge carries a 10-year consecutive sentence if Mr. Butler is convicted.

2.  Mr. Butler did not behave in a normal manner in court. He was very distraught and did not appear to fully comprehend the nature and seriousness of the charges against him.

3.  Counsel submits that based on several meetings with Mr. Butler, Counsel has a substantial reason to believe Mr. Butler will have great difficulty in assisting counsel in his own defense.

4.  Mr. Butler's communications are often incoherent or very difficult to follow, and he should be evaluated to determine whether he was sane at the time of the offense.

5.  If the court sees fit to order an examination, it appears that, pursuant to 18 U.S.C. § 3161(h)(1)(A), such time as is taken by this examination may be deemed excludable under the Speedy Trial Act.

6.  Counsel for the defendant has communicated with Assistant United States Attorney, who consents to a mental evaluation.

WHEREFORE, counsel respectfully requests this court to issue an order, pursuant to 18 U.S.C. §§ 4241(b) and 4242, committing the defendant to the custody of the Attorney General for an examination to determine the following:

(a) Whether the defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him, or to assist properly in his defense; and

(b) Whether at the time of the alleged criminal conduct, the defendant, as a result of a severe mental disease or defect, was able to appreciate the nature and quality or the wrongfulness of his acts.

Defendant further requests that, upon completion of the examination requested, the examiner(s) prepare and provide a full report, including all of the following:

1. Mr. Butler's history and present symptoms.

2. A description of the psychiatric, psychological, and medical tests that were employed and their results.

3. The examiner(s) findings.

4. The examiner(s) opinion as to diagnosis, prognosis, and whether the defendant is suffering from a mental disease or defect rendering him mentally incompetent to understand the nature and consequences of the proceedings against him, or to assist properly in his defense as defined in §4241(a), and whether the defendant was insane at the time of the offense charged as defined in 18 U.S.C. § 4242(a).

Defendant further moves that the report herein requested be filed with this Honorable Court and copies provided to counsel for the defendant, as well as the Assistant United States Attorney, as is provided for in 18 U.S.C. § 4247(c). Defendant further moves that the time for the psychiatric or psychological examination be excluded from the computation of the time within which the trial of this case must commence, pursuant to 18 U.S.C. § 3161(h)(1)(A).

Respectfully submitted,

<u>/s/ Derek A. Shoemake</u>
Derek A. Shoemake (No. 10825)
The Connell Law Firm, LLC
20 Townlee Lane, Suite A
Lugoff, SC  29078
(803) 408-8500 (telephone)
(803) 427-4929 (cellphone)
(803) 408-8888 (facsimile)
derek@lawconnell.com

May 18, 2026                    *Attorney for Defendant*